DOMINICK CARUSO v. NEW JERSEY STATE PAROLE BOARD.

May 30, 1989.

Petition for certification denied.

PROFESSIONAL FIRE OFFICERS ASSOCIATION OF LOCAL 1860, I.A.F.F. v. CITY OF NEWARK.

May 30, 1989.

Petition for certification denied.

BETH MIKE, ET AL. v. THE MALL AT IV GROUP, ETC., ET AL.

May 30, 1989.

Petition for certification denied.

EDWARD COHEN v. ALLSTATE INSURANCE COMPANY.

May 30, 1989.

Petition for certification denied.   (See 231 *N.J.Super.* 97).